AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DiGirolamo, Thomas M. | U.S. District Court - Maryland | 04/10/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full-time | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20770

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | ▬▬▬▬▬▬▬ - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/10/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Advisors #1 | | | | | | | | | |
| 2. Wells Fargo Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. Wells Fargo Advisors #2 | | | | | | | | | |
| 5. Wells Fargo Bank Deposit Sweep | A | Interest | K | T | | | | | |
| 6. American Funds Tax-exempt Fund Maryland CL-C | A | Dividend | K | T | | | | | |
| 7. | | | | | | | | | |
| 8. Wells Fargo Advisors Municipal Account | | | | | | | | | |
| 9. Wells Fargo Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 10. University MD Sys Aux Fac & Tuition Rev Prerefunded SrA | A | Interest | | | Redeemed | 04/01/13 | K | | |
| 11. Puerto Rico Comwlth G/O Unltd B/E | B | Interest | K | T | | | | | |
| 12. Maryland St St & Loc Facs Ln 2nd Ser G/O B/E 7/15/20 | B | Interest | K | T | | | | | |
| 13. Ocean City MD Rfdg Mun Purp G/O Unltd B\E 10/01/20 | B | Interest | | | Sold | 09/18/13 | K | | |
| 14. South Carolina St Pub Svc Auth Rev Rfdg Ser A G/O B/E | B | Interest | K | T | | | | | |
| 15. Charles Cnty MD Rfdg Cons Pub Impt G/O B\E | A | Interest | K | T | | | | | |
| 16. Knox Cnty TN Hlth Edl & Hsg Fac Brd Hsp Rev Rfdg Ser A | B | Interest | | | Sold | 09/12/13 | K | | |
| 17. Massachusettes Bay Trans Auth Ma Genl Trans Sys Ser C | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Milwaukee WI Rfdg Prom Nts Ser N2 G/O Unltd B\E 5/1/22 | A | Interest | J | T | | | | | |
| 19. Maryland St Transn Auth Transn Facs Prjs Rev Rfdg B\E | B | Interest | | | Sold | 08/19/13 | K | | |
| 20. Annapolis MD Rfdg Pub Impts G/O B\E | B | Interest | K | T | | | | | |
| 21. Prince Georges Cnty Md Cons Pub Imp Ser A G/O LTD B\E | | None | K | T | Buy | 09/18/13 | K | | |
| 22. Maryland St St & Loc Facs 1st Ser A Book Entry G/O | | None | K | T | Buy | 09/26/13 | K | | |
| 23. Baltimore Md Cons Pub Impt Ser A G/O Unltd B\E | A | Interest | K | T | Buy | 09/12/13 | K | | |
| 24. MD St Hlth & High EFA Rev Rfdg Johns Hopkins Univ Ser A | | None | K | T | Buy | 08/19/13 | K | | |
| 25. MD St Hlth & High EFA Rev The Johns Hopkins Hlth Sys Ob | | None | | | Buy | 04/04/13 | K | | |
| 26. | | | | | Sold | 09/23/13 | K | | |
| 27. | | | | | | | | | |
| 28. Wells Fargo Advisors IRA #1 | | | | | | | | | |
| 29. Wells Fargo Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 30. Blackrock Global Alloc Global Allocation Inst | B | Dividend | K | T | Buy (add'l) | 02/05/13 | J | | |
| 31. | | | | | Buy (add'l) | 08/05/13 | J | | |
| 32. First Eagle Fds Inc Global Fd CL 1 | B | Dividend | K | T | Buy (add'l) | 02/05/13 | J | | |
| 33. | | | | | Sold (part) | 08/05/13 | J | | |
| 34. Forward Fds Tactical Growth Fd CL M | C | Dividend | K | T | Buy (add'l) | 02/05/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 08/05/13 | J | | |
| 36. Goldman Sachs Tr Dynamic Allocation Fd CL Institutional | B | Dividend | K | T | Sold (part) | 01/11/13 | J | | |
| 37. | | | | | Buy (add'l) | 02/05/13 | J | | |
| 38. | | | | | Buy (add'l) | 08/05/13 | J | | |
| 39. Goldman Sachs Tr Finl Square Treas Instrs Fd Instl CL | | None | J | T | Buy (add'l) | 02/05/13 | J | | |
| 40. | | | | | Sold (part) | 04/12/13 | J | | |
| 41. | | | | | Sold (part) | 07/12/13 | J | | |
| 42. | | | | | Buy (add'l) | 08/05/13 | J | | |
| 43. | | | | | Sold (part) | 10/11/13 | J | | |
| 44. Ivy Fds Inc Asset Strategy Fd CL 1 | A | Dividend | L | T | Sold (part) | 02/05/13 | J | | |
| 45. | | | | | Buy (add'l) | 08/05/13 | J | | |
| 46. Kinetics Mut Fds Inc Paradigm Fund Instl CL | A | Dividend | K | T | Sold (part) | 02/05/13 | J | | |
| 47. | | | | | Sold (part) | 08/05/13 | J | | |
| 48. American Fds Inc New CL F-1 | A | Dividend | K | T | Sold (part) | 02/05/13 | J | | |
| 49. | | | | | Buy (add'l) | 08/05/13 | J | | |
| 50. Oppenheimer Global Fd CL Y | B | Dividend | K | T | Sold (part) | 02/05/13 | J | | |
| 51. | | | | | Sold (part) | 08/05/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Unified Series Trust Roosevelt Multi-Cap Fd | C | Dividend | K | T | Buy (add'l) | 02/05/13 | J | | |
| 53. | | | | | Sold (part) | 08/05/13 | J | | |
| 54. Thornburg Invt Tr Global Opportunities Fd CL 1 | A | Dividend | K | T | Sold (part) | 01/11/13 | J | | |
| 55. | | | | | Sold (part) | 02/05/13 | J | | |
| 56. | | | | | Sold (part) | 08/05/13 | J | | |
| 57. Professionally Mgd Fd Ptfl Ostweis Funds | B | Dividend | K | T | Sold (part) | 02/05/13 | J | | |
| 58. | | | | | Sold (part) | 08/05/13 | J | | |
| 59. Delaware Funds Select Growth Fd - 1 | B | Dividend | K | T | Buy (add'l) | 02/05/13 | J | | |
| 60. | | | | | Sold (part) | 08/05/13 | J | | |
| 61. | | | | | | | | | |
| 62. Wells Fargo Advisors IRA #2 | | | | | | | | | |
| 63. Wells Fargo Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 64. Invesco Global Real Estate Y | A | Dividend | J | T | Sold (part) | 05/03/13 | J | | |
| 65. | | | | | Buy (add'l) | 08/05/13 | J | | |
| 66. Managers Amg Fds Timessquare Mid Cap Growth Fd | A | Dividend | J | T | Sold (part) | 05/03/13 | J | | |
| 67. | | | | | Sold (part) | 08/05/13 | J | | |
| 68. Blair William Fds Intl Growth Fd CL 1 | A | Dividend | J | T | Sold (part) | 05/03/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 08/05/13 | J | | |
| 70. Advisors Inner Circle Fd Cambiar Oppty Fd Instl CL | A | Dividend | J | T | Sold (part) | 05/03/13 | J | | |
| 71. | | | | | Sold (part) | 08/05/13 | J | | |
| 72. Delaware Group Adviser Fds Inc US Growth Port Instl CL | A | Dividend | J | T | Buy (add'l) | 05/03/13 | J | | |
| 73. | | | | | Sold (part) | 08/05/13 | J | | |
| 74. Delaware Group Equity Fds II - Value Fd Instl CL | A | Dividend | J | T | Sold (part) | 05/03/13 | J | | |
| 75. | | | | | Sold (part) | 08/05/13 | J | | |
| 76. Dreyfus Appreciation Fd Inc | A | Dividend | J | T | Buy (add'l) | 05/03/13 | J | | |
| 77. | | | | | Buy (add'l) | 08/05/13 | J | | |
| 78. DWS Value Ser Inc Small Cap Value Fd CL S | A | Dividend | | | Sold (part) | 05/03/13 | J | | |
| 79. | | | | | Sold (part) | 08/05/13 | J | | |
| 80. | | | | | Sold | 09/03/13 | J | | |
| 81. First Eagle Funds Sogen Overseas Fund CL I | A | Dividend | J | T | Buy (add'l) | 05/03/13 | J | | |
| 82. | | | | | Buy (add'l) | 08/05/13 | J | | |
| 83. RS Invt Tr Emerging Mkts Fd CL Y | | None | | | Sold | 02/20/13 | J | | |
| 84. Goldman Sachs Tr Finl Square Treas Instrs Fd Instl CL | | None | J | T | Sold (part) | 01/11/13 | J | | |
| 85. | | | | | Sold (part) | 04/12/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 05/03/13 | J | | |
| 87. | | | | | Sold (part) | 07/12/13 | J | | |
| 88. | | | | | Buy (add'l) | 08/05/13 | J | | |
| 89. | | | | | Sold (part) | 10/11/13 | J | | |
| 90. Hancock John Cap Ser Classic Value Fund CL 1 | A | Dividend | J | T | Sold (part) | 05/03/13 | J | | |
| 91. | | | | | Sold (part) | 08/05/13 | J | | |
| 92. Harbor Fund Intl Fd Instl Class | A | Dividend | J | T | Sold (part) | 05/03/13 | J | | |
| 93. | | | | | Buy (add'l) | 08/05/13 | J | | |
| 94. Eagle Small Cap Growth Fund Class 1 | A | Dividend | J | T | Sold (part) | 05/03/13 | J | | |
| 95. | | | | | Sold (part) | 08/05/13 | J | | |
| 96. Hotchkis & Wiley Fds Mid Cap Value Fd CL 1 | A | Dividend | J | T | Sold (part) | 05/03/13 | J | | |
| 97. | | | | | Sold (part) | 08/05/13 | J | | |
| 98. Keeley Fds Inc Small Cap Value Fd CL 1 Shrs | A | Dividend | J | T | Sold (part) | 04/12/13 | J | | |
| 99. | | | | | Sold (part) | 05/03/13 | J | | |
| 100. | | | | | Sold (part) | 08/05/13 | J | | |
| 101. Lazard Fds Inc Emerging Mkts Port Instl SHS | A | Dividend | J | T | Buy | 02/21/13 | J | | |
| 102. | | | | | Buy (add'l) | 05/03/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/10/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 08/05/13 | J | | |
| 104. Morgan Stanley Instl Fd Trust Mid Cap Grwth Port Class | A | Dividend | J | T | Sold (part) | 05/03/13 | J | | |
| 105. | | | | | Sold (part) | 08/05/13 | J | | |
| 106. Wells Fargo Funds Tr Emerging Growth Fund Instl Class | A | Dividend | J | T | Buy (add'l) | 05/03/13 | J | | |
| 107. | | | | | Sold (part) | 08/05/13 | J | | |
| 108. Oppenheimer Dev Mkts CL Y | A | Dividend | J | T | Buy (add'l) | 05/03/13 | J | | |
| 109. | | | | | Buy (add'l) | 08/05/13 | J | | |
| 110. Pimco Fds Pac Invt Mgmt Ser - Cmtdy Real Return Strat F | A | Dividend | J | T | Buy (add'l) | 05/03/13 | J | | |
| 111. | | | | | Buy (add'l) | 08/05/13 | J | | |
| 112. Security Equity Fd Mid Cap Value Ser CL A | A | Dividend | J | T | Sold (part) | 05/03/13 | J | | |
| 113. | | | | | Sold (part) | 08/05/13 | J | | |
| 114. Touchstone Strategic Large Cap Growth Fd CL Y | A | Dividend | J | T | Buy (add'l) | 05/03/13 | J | | |
| 115. | | | | | Buy (add'l) | 08/05/13 | J | | |
| 116. Victory Portfolios Small Co Oppty Fd CL 1 SHS | A | Dividend | J | T | Buy | 09/05/13 | J | | |
| 117. | | | | | | | | | |
| 118. Tiaa-Cref Retirment Accounts | | | | | | | | | |
| 119. Tiaa Traditional Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Cref Stock Account | D | Dividend | K | T | | | | | |
| 121. Cref Growth Account | D | Dividend | K | T | | | | | |
| 122. Cref Global Equities Account | E | Dividend | L | T | | | | | |
| 123. Tiaa Real Estate | A | Dividend | J | T | | | | | |
| 124. Cref Infl Linked Bond | | None | J | T | | | | | |
| 125. | | | | | | | | | |
| 126. Valic Annuity Accounts | | | | | | | | | |
| 127. Large Cap Account | C | Dividend | K | T | | | | | |
| 128. Fixed Income Account | A | Interest | K | T | | | | | |
| 129. | | | | | | | | | |
| 130. Capital One Accounts | | None | J | T | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiGirolamo, Thomas M. | 04/10/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.  Investments and Trusts

1.  The accounts listed on lines 8 - 10 and lines 161 - 163 on the 2012 FDR are omitted from the 2013 FDR because the owner is no longer a dependent.

2.  The accounts listed on lines 165 - 166 of the 2012 FDR have been aggregated and are now listed on line 130 of the 2013 FDR as "Capital One Accounts".

f

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas M. DiGirolamo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544